From the testimony quoted, it is perfectly clear that the jury had a right to do so.

There being no other matter before this court for consideration, the judgment is affirmed.

## WARD v. STATE.
### No. 20627.

Court of Criminal Appeals of Texas.
Nov. 29, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of the offense of sodomy, and, because of repetition of offenses, his punishment was assessed at confinement in the penitentiary for life.

The record is before us without a statement of facts or bills of exceptions, hence no question is presented for review. The indictment seems to be in proper form.

All matters of procedure appearing regular, the judgment will be in all things affirmed.